IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. AP-75,790






EX PARTE ARTHUR LEE BURTON, Applicant








ON APPLICATION FOR A WRIT OF HABEAS CORPUS


CAUSE NUMBER 760321-B FROM THE 338TH DISTRICT COURT


OF HARRIS COUNTY






Holcomb, J., filed a concurring opinion.


O P I N I O N


 I respectfully disagree with the majority's determination that the particular underlying Fifth
Amendment issue in this case is unsettled. See Majority op. at *3. In my view, the dissent to our
2008 remand order had correctly stated:

 Estelle v. [Smith], 451 U.S. 454 (1981), is on point; unwarned statements made by
an inmate during a court-ordered psychological examination were admitted at the
penalty phase on the issue of future dangerousness. The United States Supreme
Court held that those statements were inadmissible. Applicant made statements
during a prison-system-ordered interrogation, and his statements were used against
him during . . . his second sentencing hearing on the issue of future dangerousness. 
Under Estelle, applicant's statements to Guyton are inadmissible.

Ex Parte Burton, AP-75,790, 2008 WL 2486459 at *3 (Tex. Crim. App. June 18, 2008) (Johnson,
J., dissenting) (not designated for publication) (parallel citations omitted). Thus, I believe that
counsel was deficient in failing to properly object in this case. But I do not believe that this
deficiency prejudiced applicant under the Strickland v. Washington, 466 U.S. 668 (1984), standard
of review for determining ineffective assistance of counsel. I, therefore, concur.


FILED: APRIL 1, 2009.

DO NOT PUBLISH